AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 19, 2026**

SEAN F. McAVOY, CLERK

JOHN MICHAEL HAYS,　　　　　)
　　　　　*Plaintiff*　　　　　　　　　　)
　　　　　v.　　　　　　　　　　　　　)　　Civil Action No.  2:23-CV-0141-TOR
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
DEPUTY JOSEPH ADAMS, et al.,　)
　　　　　*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendant's Motion for Summary Judgment (ECF No. 33) is GRANTED; Plaintiff's 42 U.S.C. § 1983 Fourth Amendment excessive force claim brought against Defendant Amber Tyler in her individual capacity; and (2) Plaintiff's common law negligence and common law intentional tort claims brought against Defendant Amber Tyler personally are DISMISSED with prejudice; Pursuant to the parties Stipulation of Dismissal (ECF No. 32), all of Plaintiff's remaining claims against all other Defendants are DISMISSED with prejudice. Defendants' cross-claim under RCW 4.24.350 for malicious prosecution is DISMISSED with prejudice in its entirety; Judgment entered in favor of Defendant Amber Tyler.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice

Date: February 19th, 2026　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　　　　　　　s/Sean F. McAvoy
　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk*